No. 84–502. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. DOUGLAS; and

No. 84–661. DOUGLAS v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied. Reported below: 739 F. 2d 531.

No. 84–520. GREGORY ET UX. v. UNITED STATES; and

No. 84–542. SPURLOCK v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 730 F. 2d 692.

No. 84–586. ANGEL ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 84–588. INSURANCE FINANCIAL SERVICES, INC. v. SOUTH CAROLINA INSURANCE CO. Sup. Ct. S. C. Certiorari denied.

No. 84–621. KANSAS CITY SOUTHERN RAILWAY CO. ET AL. v. UNITED STATES ET AL.;

No. 84–633. WHEELER v. INTERSTATE COMMERCE COMMISSION ET AL.; and

No. 84–641. BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES ET AL. v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied. Reported below: 237 U. S. App. D. C. 99, 736 F. 2d 708.

No. 84–631. ATTERBERRY v. JORDAN, POLICE COMMISSIONER OF THE CITY OF BOSTON. Sup. Jud. Ct. Mass. Certiorari denied.

No. 84–635. WOOLERY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 84–638. PRICE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 84–647. VAN DORN PLASTIC MACHINERY CO. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 84–656. MEYER v. LEHMAN, SECRETARY OF THE NAVY. C. A. 9th Cir. Certiorari denied.